UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                              Case No.  16-20803
                                                  Hon. Matthew F. Leitman

v.

TYRONE WEST,

    Defendant.

_____/

## EX PARTE ORDER TO ALLOW A LAPTOP COMPUTER
## INTO WAYNE, SANILAC, LIVINGSTON OR MIDLAND COUNTY JAILS

THE Defendant having been ordered detained and upon the request of his attorney, RICHARD J. O'NEILL, of the Federal Defender Office, to take DVDs/CDs and a laptop computer into the Wayne, Sanilac, Livingston, or Midland County Jails for the purpose of allowing the Defendant to view DVDs/CDs that will be used against him as evidence and to prepare for trial;

**IT IS HEREBY ORDERED** that, RICHARD J. O'NEILL, or an investigator from the Federal Defender Office, may take DVDs/CDs and a laptop computer to play them into the Wayne, Sanilac, Livingston, or Midland County Jails for the purpose of allowing Defendant to view DVDs/CDs to prepare his case.

**IT IS SO ORDERED.**

                                               s/Matthew F. Leitman
                                             MATTHEW F. LEITMAN
                                             UNITED STATES DISTRICT JUDGE

Dated:  December 7, 2016

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 7, 2016, by electronic means and/or ordinary mail.

                                  s/Holly A. Monda
                                  Case Manager
                                  (313) 234-5113