UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                                         Cr. No.  16-20803
                                                                              Hon. Matthew F. Leitman

v.

TYRONE WEST,

      Defendant.

_____/

## ORDER GRANTING EX PARTE MOTION FOR PAYMENT
## OF WITNESS FEES AT GOVERNMENT EXPENSE

      This matter having come before the Court upon Defendant's ex parte motion for defense witness fees at government expense and the Court being fully advised;

      **IT IS HEREBY ORDERED** that the defense witness, Anthony Harris, be paid in the same manner in which similar costs and fees are paid in the case of a witness subpoenaed on behalf of the government pursuant to Fed. R. Crim. P. 17(b).

                                                    s/Matthew F. Leitman
                                                    MATTHEW F. LEITMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated:  March 2, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 2, 2017, by electronic means and/or ordinary mail.

                                                s/Holly A. Monda
                                                Case Manager
                                                (313) 234-5113