UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Criminal Case No.  16-20803
v.                                Hon. Matthew F. Leitman

TYRONE WEST,

        Defendant.
_____/

**EX PARTE ORDER GRANTING**
**MOTION TO HAVE U.S. MARSHAL SERVE SUBPOENA**

This matter having come before the Court on the Defendant's ex parte motion for to have the United States Marshal Service serve defendant's subpoena and the Curt being advised as to the premises;

**IT IS HEREBY ORDERED** that the United States Marshal Service, at the government's expense, shall timely serve the attached subpoena in accordance with Federal Rule of Criminal Procedure 17.

**IT IS SO ORDERED.**

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated:  March 20, 2017

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 20, 2017, by electronic means and/or ordinary mail.

                                      s/Holly A. Monda  
                                      Case Manager  
                                      (313) 234-5113