UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                            Case No. 16-cv-20803
                                                          Hon. Matthew F. Leitman

v.

TYRONE WEST,

    Defendant.

_____/

## **AMENDMENT TO PRELIMINARY ORDER OF FORFEITURE**

On or about July 19, 2017, this Court entered a Stipulated Preliminary Order of Forfeiture (Dkt. 45) forfeiting Defendant's right, title or interest in one (1) Smith & Wesson, .40 caliber pistol, serial number HTU8418.

The Detroit Police Department filed a timely and proper petition for return of the Smith & Wesson, .40 caliber pistol, serial number HTU8418, on September 20, 2017 (17-mc-51307, Dkt. #1)

The government has now filed an application requesting that the Stipulated Preliminary Order of Forfeiture be amended so that the one (1) Smith & Wesson, .40 caliber pistol, serial number HTU8418 ("Firearm") can be returned to its owner the Detroit Police Department.

The government has provided notice of the Stipulated Preliminary Order of Forfeiture to third parties as required by statute and no person other than the Detroit Police Department has made a claim of ownership to the firearm.

The Court finds there is good cause to amend the Stipulated Preliminary Order of Forfeiture, and therefore, it is **ORDERED** that the Stipulated Preliminary Order of Forfeiture is amended as follows:

The right, title and interest of the Detroit Police Department in the one (1) Smith & Wesson, .40 caliber pistol, serial number HTU8418 is not forfeited to the United States, and the firearm may be released to the Detroit Police Department when it is no longer needed by the government as evidence, including in any direct appeal or thereafter.

**IT IS SO ORDERED.**

                                                    s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: October 5, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 5, 2017, by electronic means and/or ordinary mail.

                                                  s/Holly A. Monda
                                                  Case Manager
                                                  (810) 341-9764